JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>    Plaintiff,<br><br>v.<br><br>IGLESIA DE LA COMUNIDAD; RICHARD CALDERON; and DOES 1 TO 10;<br><br>    Defendants. | Case No. CV 20-08552 AB (Ex)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 1, 2020        _____
                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE

1.